| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GEORGE COZART, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:23-cv-190
　　　　　　　　　　　　　　§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
　　　　　　　　　　　　　　§
　　　　　Defendant. §

# ORDER

　　　　Pending is the Plaintiff, George Cozart's *Unopposed Motion for Attorney's Fees*. (Doc. No. 21.) Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Doc. No. 22.) Neither party filed objections to the magistrate judge's report. It is therefore

　　　　**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 21) is **GRANTED**. It is further

　　　　**ORDERED** that the Commissioner of Social Security pay George Cozart, in care of his attorney, George Piemonte, an attorney fee in the amount of $4,042.82. Payment shall be mailed to: George Cozart, in care of his attorney, George C. Piemonte, 123 N. McDonough Street, Decatur, GA 30030. This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney; and if successful at the administrative level, the Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

　　　　SIGNED at Beaumont, Texas, this 5th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE